**Felicia SINGLETARY, DMD, Plaintiff-Appellant,**

v.

**NORTH CAROLINA STATE BOARD OF DENTAL EXAMINERS, Defendant-Appellee.**

**No. 16-1249**

United States Court of Appeals, Fourth Circuit.

Submitted: October 25, 2016

Decided: November 10, 2016

Carrie E. Meigs, Justin G. May, Teague, Campbell, Dennis & Gorham, LLP, Raleigh, North Carolina, for Appellant. Douglas J. Brocker, Crystal Carlisle, The Brocker Law Firm, P.A., Raleigh, North Carolina, for Appellee.

Before KEENAN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felicia Singletary appeals the district court's order dismissing her complaint against the North Carolina State Board of Dental Examiners. We have reviewed the record and find no reversible error. See P.R. Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc., 506 U.S. 139, 146, 113 S.Ct. 684, 121 L.Ed.2d 605 (1993). Accordingly, we affirm for the reasons stated by the district court. Singletary v. N.C. State Bd. of Dental Exam'rs, No. 5:15–cv–00476–D (E.D.N.C. Feb. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED